974

No. 887. GREENE v. UNITED STATES. Court of Claims. Certiorari granted. *Eugene Gressman, George Kaufmann* and *Carl W. Berueffy* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

No. 790. UNITED STATES v. MERZ ET AL. C. A. 10th Cir. Certiorari granted. *Solicitor General Cox, Roger P. Marquis* and *Raymond N. Zagone* for the United States. *William J. Holloway, Jr.* for respondents.

No. 873. NATIONAL EQUIPMENT RENTAL, LTD., v. SZUKHENT ET AL. Motion of Bankers Trust Co. et al. for leave to file a brief, as *amici curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. *Wilbur G. Silverman* for petitioner. *David Hartfield, Jr., John D. Calhoun, Benjamin C. Milner III, Merrell E. Clark, Jr.* and *Henry L. King* for Bankers Trust Co. et al., as *amici curiae,* in support of the petition.